UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA
MIAMI DIVISION
Case No.: 1:25-cv-23010

ROSEANN GOMEZ, ON BEHALF OF
AND AS LEGAL CUSTODIAN OF,
C.G., A MINOR

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINES,
a Bermuda corporation

Defendant.
_____/

### NOTICE OF STRIKING

COMES NOW, Plaintiff Roseann Gomez, on Behalf of and as Legal Custodian of C.G., a Minor, by and through the undersigned counsel, and hereby files this Notice of Striking, and states as follows:

1. On July 8, 2025, a document titled "Civil Cover Sheet" (document #5) was filed with the Court.

2. The undersigned hereby strikes said filing from the record as it was filed by an attorney that does not match the signature block of the document.

3. A corrected version will be filed separately.

Respectfully submitted,

MESSA & ASSOCIATES, P.C.
Counsel for Plaintiff
100 N.E. 3rd Avenue, Suite 1500
Fort Lauderdale, Florida
Phone: (877) 637-7252
Email: llaughlin@messalaw.com

BY:  */s/ Laura E. Laughlin*
      LAURA E. LAUGHLIN
      Florida Bar No. 106543
      *Attorney for Plaintiff*