UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-cv-23010-JB

ROSEANN GOMEZ, on behalf of
and as Legal Custodian of C.G., a minor,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINES,
a Bermuda Corporation,

    *Defendant*.

_____/

### JOINT MOTION TO APPROVE MINOR SETTLEMENT

    Plaintiff, ROSEANN GOMEZ, on behalf of and as Legal Custodian of C.G., a minor, and Defendant, NCL (Bahamas) Ltd., by and through undersigned counsel, respectfully move this Court for an Order Approving Plaintiff Roseann Gomez's settlement of all claims of minor Plaintiff C.G., against NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Lines, a Bermuda Corporation, pursuant to Southern District of Florida Local Rule 5.4 and applicable federal law. In support, Plaintiff states:

    1.  This action involves claims asserted on behalf of minor C.G. arising from a physical assault on a cruise ship on July 3, 2024 by cruise ship passengers, resulting in injuries to C.G.

    2.  The parties have reached a settlement and the Court has required its approval because a minor's interests are involved.

    3.  After the assault, minor C.G., who was 13 years old at the time of the incident, was evaluated and treated by the on-ship physician for pain, bruising on his back and

chest, and abrasions on his right elbow.

4. Fortunately, after that initial evaluation and treatment by the on-ship physician, minor C.G. did not undergo any further treatment for his injuries. C.G. has returned to his normal activities and schooling.

5. Plaintiff's counsel has agreed to waive its attorney's fee in this matter.

6. The costs in this matter are $405.00, representing the filing fee in this action.

7. The case reached a confidential resolution commensurate with these factors, and the Parties are filing their Confidential Settlement Agreement, under seal, as instructed by the Court in its Paperless Order on February 13, 2026 [ECF No. 31].

8. Minor C.G. lives with his legal guardian/grandmother, Plaintiff Roseann Gomez. Plaintiff Roseann Gomez has agreed to the settlement on behalf of C.G. and has agreed to place the net proceeds to C.G. in a Certificate of Deposit restricted account with First Trust Bank until minor C.G. turns 18 on April 15, 2029.

9. Accordingly, Plaintiff respectfully requests that this Court enter an Order approving the minor settlement.

## CERTIFICATE OF CONFERRAL

Pursuant to the Local Rules of the Southern District of Florida, undersigned counsel hereby certifies that she has conferred with counsel for the settling party in this action, and has confirmed they have no objection to the relief requested and joins in the request.

Respectfully submitted,

2

**NORWEGIAN CRUISE LINE**

/s/ Todd L Sussman
Todd L Sussman
Florida Bar No.: 84729
tsussman@nclcorp.com
jjara@nclcorp.com
7665 Corporate Center Drive
Miami, FL 33126
T: (305) 436-4653
F: (305) 468-2132
*Attorney for Defendant*

**MESSA & ASSOCIATES, P.C.**

/s/ Laura E. Laughlin
Laura E. Laughlin
Florida Bar No. 106543
llaughlin@messalaw.com
100 N.E. 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
Phone: (877) 637-7252
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2026, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By:   /s/ Laura E. Laughlin
**Laura E. Laughlin, Esq.**

## SERVICE LIST

3

*Roseann Gomez et al vs. NCL (Bahamas) Ltd.*
Case No.: 25-cv-23010-JB
United States District Court for the Southern District of Florida

Todd Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL  33126
Telephone:     (305) 436-4653
Facsimile:     (305) 468-2132
tsussman@nclcorp.com
jjara@nclcorp.com
*Attorneys for Defendant*

Laura E. Laughlin, Esq.
MESSA & ASSOCIATES, P.C.
100 N.E, 3rd Avenue
Suite 1500
Fort Lauderdale, Florida
Telephone: (877) 637-7252
llaughlin@messalaw.com
*Attorneys for Plaintiff*