UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.: 25-cv-23010-JB/Torres**

ROSEANN GOMEZ, ON BEHALF OF
AND AS LEGAL CUSTODIAN OF, C.G.,
a Minor,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND
## REQUIRING JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Approve Minor Settlement.  ECF No. [32].  Given that this action involves the claims of a minor, C.G., the Court appointed Kimberly Cook, Esq. as Guardian Ad Litem to review the terms of the parties' settlement agreement on behalf of the minor child.  ECF No. [35].  The Guardian Ad Litem has filed her Report and therein recommends that the parties' settlement be approved.  ECF No. [36].  Accordingly, upon due consideration of the Joint Motion and the Report of Guardian Ad Litem, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Approve Minor Settlement, ECF No. [32], is **GRANTED**.

2.    The settlement in this matter made on behalf of minor, C.G., by his

grandmother and legal guardian, Roseann Gomez, is **APPROVED**. The net settlement funds shall be placed in a Certificate of Deposit restricted account with First Trust Bank until minor C.G. attains the age of 18 years old on April 15, 2029.

3.      The parties shall file a Joint Stipulation for Dismissal within **ten days** of the date of this Order.  Failure to comply will result in dismissal of this case without prejudice and without further notice.

4.      Kimberly Cook as Guardian Ad Litem is **DISCHARGED** of any further responsibility in this matter.

5.      This case remains **AMINISTRATIVELY CLOSED**.

**DONE AND ORDERED** in Miami, Florida this 18th day of May, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**